**E-Filed 9/13/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BERNARD JAMES WARD,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | Case Number 5:09-cv-05098-JF/HRL<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff filed the instant action on October 23, 2009. No documents have been filed since that date. Plaintiff is ordered to show cause, in writing and on or before October 8, 2010, why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: 9/13/2010

_____
JEREMY FOGEL
United States District Judge